UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-03598-WBS-CSK |
| | No. 2:24-cv-03600-WBS-CSK |
| | No. 2:24-cv-03601-WBS-CSK |
| | No. 2:24-cv-03605-WBS-CSK |
| | No. 2:24-cv-03607-WBS-CSK |
| | No. 2:24-cv-03608-WBS-CSK |
| | No. 2:24-cv-03610-WBS-CSK |
| | No. 2:24-cv-03611-WBS-CSK |
| | No. 2:24-cv-03613-WBS-CSK |
| | No. 2:24-cv-03614-WBS-CSK |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
4  the Court to open a new case for each attempted new pleading and assign it to the Court for
5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

       The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.[1]

       Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03598, 2:24-cv-03600, 2:24-cv-03601, 2:24-cv-03605, 2:24-cv-03607, 2:24-cv-03608, 2:24-cv-03610, 2:24-cv-03611, 2:24-cv-03613 and 2:24-cv-03614 are DISMISSED; the Clerk of the Court is directed to close these cases.  No further filings will be accepted.

Dated:  January 6, 2025

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] In the caption of 2:24-cv-03600, plaintiff names the Lassen County Superior Court.  To the extent plaintiff intended to raise the claims raised in 2:24-cv-03600 in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-03600 are related to Plaintiff's Alameda County criminal conviction.